UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZAESLIV H. OBAMA, a/k/a SHANTA CLAIBORNE, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:19-CV-0972-G (BT) |
| UNITED AUTOMOBILE INSURANCE SERVICES, | ) ) ) ) | |
| Defendant. | ) | |

### ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge.

**SO ORDERED.**

July 19, 2019.

*(signed)* A. Joe Fish

**A. JOE FISH**
**Senior United States District Judge**